240

JUNE STRELECKI, DIRECTOR, DIVISION OF MOTOR VE-
HICLES IN DEPARTMENT OF LAW AND PUBLIC
SAFETY OF STATE OF NEW JERSEY, PLAINTIFF-RE-
SPONDENT, v. RAYMOND C. ALLEN, DEFENDANT-
PETITIONER.

*Messrs. Meyner & Wiley* and *Mr. Stanley L. Wang,* for the petitioner.

*Mr. George F. Kugler, Jr. Mr. Stephen Skillman* and *Mr. Malcolm S. Zlotkin,* for the respondent.

May 12, 1970. Denied.

IN THE MATTER OF THE ESTATE OF
ALEXIS LE JAMBRE, DECEASED.

*Messrs. Powell, Davis, Dietz & Colsey,* for the petitioners.

*Mr. Joseph A. Jansen,* for the respondent.

May 12, 1970. Denied.

AGNES E. DONLAN, PLAINTIFF-RESPONDENT, v. TRAY-
MORE HOTEL, DEFENDANT-PETITIONER.

*Messrs. Orlando & Orlando,* for the petitioner.

*Messrs. Balk, Jacobs, Goldberger & Mandell,* for the respondent.

May 12, 1970. Denied.